MARGARET KEEFE and Others, Appellants, v. ERIE RAILROAD COMPANY and CLARENCE M. CRANS, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals dismissed on

the ground that leave to appeal is unnecessary and the court has no power to grant such leave.